STEVEN H. HANEY, SBN 121980
**HANEY, BUCHANAN & PATTERSON L.L.P.**          JS - 6          O
707 Wilshire Boulevard
Fifty-Third Floor
Los Angeles, California 90017
Telephone:   213-228-6500
Facsimile:   213-228-6501
E-mail:       shaney@hbplaw.com

Attorneys for Plaintiffs
Plaintiff, MANUAL REGALADO dba EL COWBOY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| MANUAL REGALADO dba EL COWBOY | Case No. 09-7494 RSWL (VBKx) |
| Plaintiffs, | |
| v. | **ORDER RE: STIPULATION FOR DISMISSAL OF ACTION** |
| SAAVEDRA'S PRODUCE, a business entitiy form unknown,; GILBERT SAAVEDRA; ASIRICA CORP, a California corportion; and BYUNG HWOON NO aka BRANDON NOH, | |
| Defendants. | |

GOOD CAUSE appearing therefore, the Court orders that this case is hereby dismissed with prejudice.  Each party shall bear its own fees and costs.

Dated: June  15, 2010          ___RONALD S.W. LEW_____
                                    Senior, U.S. District Court Judge

HANEY, BUCHANAN & PATTERSON L.L.P.
707 wilshire boulevard
fifty-third floor
los angeles, california 90017
(213) 228-6500